### FIRST DEPARTMENT, OCTOBER, 1906.

United States Casualty Company, Appellant, v. Theresa A. S. Sheridan, Respondent.

*Inspection of books and papers.*

Appeal from an order denying a motion for the inspection of books and papers.

PER CURIAM: The plaintiff appeals from an order denying a motion for the inspection of certain of defendant's books and papers for the purpose of enabling the plaintiff to frame its complaint. The facts are similar to those presented in *Fidelity & Casualty Co.* v. *Seagrist, Jr., Co.* (79 App. Div. 614) and *United States Casualty Co.* v. *Robins Co.* (108 id. 361) in both of which cases the plaintiff's right to an inspection was upheld. The order should be reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Present— O'Brien, P. J., Ingraham, Clarke, Houghton and Scott, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Order filed.

John O'Brien and Another, Respondents, v. Edward R. Thomas and Others, Appellants.

*Dismissal of complaint — order modified on terms.*

Appeal from an order granting defendants' motion to dismiss complaint.

PER CURIAM: Order modified so as to provide that the motion be granted, with ten dollars costs, unless the plaintiff shall forthwith place the cause upon the November calendar, and shall, within five days, pay ten dollars costs of motion and the costs and disbursements imposed by the order of this court entered March 10, 1905, modifying the order of the court at Trial Term, which granted plaintiff's motion to withdraw a juror, and, as so modified, the order appealed from is affirmed, with ten dollars costs and disbursements to the appellants. Present—O'Brien, P. J., Ingraham, Clarke, Houghton and Scott, JJ. Order modified as directed in opinion and as modified affirmed, with ten dollars costs and disbursements to appellants. Settle order on notice.

The People of the State of New York v. Abe Gelula.— Motion granted unless appellant be ready for November term. Order filed.

The People of the State of New York v. Charles Schwartz.— Motion granted. Order filed.

The People of the State of New York v. Robert H. Spriggs.— Motion granted unless appellant serve brief and be ready for November term. Order filed.

The People of the State of New York v. Philip Weinseimer.— Motion granted unless appellant be ready for November term. Order filed.

The People of the State of New York v. Louis Levin.— Motion denied. Order filed.

The People of the State of New York v. Meyer Yoskow.— Motion granted unless appellant be ready for December term. Order filed.

Patrick Tivnan v. Virginia Keahon, as Administratrix.— Motion denied on payment of ten dollars costs. Order filed.

John Fulton v. George A. Varney.— Motion denied on conditions stated in order. Order filed.

Anna Frankel v. Myer Bach.— Motion granted, with ten dollars costs. Order filed.